Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff PHILLIPS J. MONTALVO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIPS J. MONTALVO, | Case No.:   1:16-cv-00606-BAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Phillips J. Montalvo ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to provide Defendant with Plaintiff's Settlement Letter Brief to October 25, 2016; and that Defendant shall have until November 29, 2016, to provide a response.

///

-1-

1    This Court is aware that Counsel's Spouse battled Stage IV breast cancer which

2 metastasized initially to her liver and continued to progress with tumors in her lungs, spine and

3 brain.  After exhausting all known chemotherapy treatments over 18 months ago and surviving on

4 willful determination and profound faith alone Counsel's wife has succumbed to her illness.  On

5 September 30, 2016 Counsel gently held his wife as she relinquished her fight and passed away.

6 Counsel requires the time to deal with providing the appropriate respect to his spouse.

7 DATE: October 25, 2016              Respectfully submitted,

8                                     LAW OFFICES OF LAWRENCE D. ROHLFING

9                                         /s/ *Steven G. Rosales*

                                     BY: _____

10                                        Steven G. Rosales
                                          Attorney for plaintiff PHILLIPS J. MONTALVO
11

12 DATE:  October 25, 2016      BENJAMIN WAGNER
                                     United States Attorney
13                                   Donna L. Calvert
                                     Regional Chief Counsel, Region IX
14                                   Social Security Administration
                                     */S/- Marcelo N. Illarmo_____
15                                   Marcelo N. Illarmo
                                     Special Assistant United States Attorney
16                                   Attorney for Defendant
                                     [*Via email authorization]

17                               **ORDER**

18    Having reviewed the above stipulation, IT IS HEREBY ORDERED that Plaintiff may

19 have an extension of time to provide Defendant with Plaintiff's Settlement Letter Brief to and

20 including October 25, 2016; Defendant may have an extension of time to November 29, 2016 to

21 file her response.  All other deadlines set forth in the Case Management Order shall be extended

22 accordingly.

23 IT IS SO ORDERED.

24    Dated:  __**October 27, 2016**__        ____/s/ *Barbara A. McAuliffe*____

25                                            UNITED STATES MAGISTRATE JUDGE

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26