Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff PHILLIPS J. MONTALVO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIPS J. MONTALVO, | Case No.:  1:16-cv-00606-BAM |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Phillips J. Montalvo ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to file Plaintiff's Opening Brief to February 22, 2017; and that Defendant shall have until March 24, 2017, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due April 10, 2017.

An extension of time is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: December 29, 2016      Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATE:  December 29, 2016      BENJAMIN WAGNER
United States Attorney
Donna L. Calvert
Regional Chief Counsel, Region IX
Social Security Administration


*/S/- Marcelo N. Illarmo
_____
Marcelo N. Illarmo
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

1  Pursuant to the stipulation of the parties, and good cause appearing, IT IS
2  HEREBY ORDERED that Plaintiff shall have an extension of time, to and
3  including February 22, 2017, in which to file Plaintiff's Opening Brief; Defendant
4  shall have an extension of time to March 24, 2017, to file an opposition, if any.
5  Any reply by Plaintiff shall be filed on or before April 10, 2017.

7  IT IS SO ORDERED.

8  Dated:   **January 3, 2017**           /s/ *Barbara A. McAuliffe*
9                                            UNITED STATES MAGISTRATE JUDGE