Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff PHILLIPS J. MONTALVO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILLIPS J. MONTALVO,<br><br>    Plaintiff,<br><br>    vs.<br><br>NANCY A. BERRYHILL, Acting<br><br>Commissioner of Social Security,<br><br>    Defendant | Case No.:   1:16-cv-00606-BAM<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Phillips J. Montalvo ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to file Plaintiff's Opening Brief to March 28, 2017; and that Defendant shall have until April 27, 2017, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due May 12, 2017.

-1-

An extension of time for plaintiff is needed. As the Court is aware, Plaintiff's Spouse passed away on September 30, 2016. Due to the press of the holidays and the need to find a caregiver and the required time to acclimate his children to his absence to meet his professional obligations, Counsel requires the additional time to prepare and file Plaintiff's Opening Brief.

Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: February 22, 2017        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Steven G. Rosales*
_____
Steven G. Rosales
Attorney for plaintiff

DATE:  February 22, 2017       PHILLIP A. TALBERT
United States Attorney
Donna L. Calvert
Regional Chief Counsel, Region IX
Social Security Administration


*/S/- Marcelo N. Illarmo
_____
Marcelo N. Illarmo
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

<u>ORDER</u>

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including March 28, 2017, in which to file Plaintiff's Opening Brief; Defendant shall have an extension of time to April 27, 2017, to file an opposition, if any is forthcoming. Any reply by Plaintiff shall be filed on or before May 12, 2017.

IT IS SO ORDERED.

Dated:   **February 23, 2017**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE