UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIPS J. MONTALVO, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 1:16-cv-00606-BAM <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE** <br><br> (Doc. 21) <br><br> **ORDER GRANTING EXTENSION OF TIME TO FILE OPENING BRIEF NUNC PRO TUNC** |

On April 12, 2017, the Court issued an order for Plaintiff to show cause in writing why this action should not be dismissed for failure to prosecute. (Doc. 21).

On April 19, 2017, Plaintiff filed a response to the order to show cause, along with a request for an extension of time to file an opening brief and an opening brief. (Docs. 22, 23). In the response, Plaintiff's counsel explained the personal circumstances necessitating additional time to complete the opening brief in this action. (Doc. 22).

Having considered counsel's response, the Court's Order to Show Cause issued on April 12, 2017, is HEREBY DISCHARGED and no sanctions will be imposed. Additionally, Plaintiff's request for an extension of time to April 19, 2017 to file an opening brief is HEREBY

///

1

GRANTED nunc pro tunc.  Defendant's opposition to the opening brief, if any, shall be filed on or before May 19, 2017.

IT IS SO ORDERED.

Dated: __**April 21, 2017**__     ____/s/ *Barbara A. McAuliffe*____
                                          UNITED STATES MAGISTRATE JUDGE